SMITH *v.* BENNETT.

PER CURIAM. Under the pleadings and the evidence, the judge, to whom the case was submitted for decision without the intervention of a jury, did not err in finding for the plaintiff and rendering the judgment to which exception is taken.

*Judgment affirmed. All the Justices concur, except Hines, J., who dissents, and Gilbert, J., absent.*

HINES, J. dissenting. See *Wagner* v. *Robinson*, 56 *Ga.* 47; *Jones* v. *Harrell*, 110 *Ga.* 373 (35 S. E. 690); *Blount* v. *Dugger*, 115 *Ga.* 109 (41

160

S. E. 270) ; *Cornelia Planing Mill Co.* v. *Wilcox,* 129 *Ga.* 522 (59 S. E. 223) ; *Mays* v. *Shields,* 117 *Ga.* 814 (45 S. E. 68) ; *Mickleberry* v. *O'Neal,* 98 *Ga.* 42, 51 (25 S. E. 933) ; *Napier* v. *Strong,* 19 *Ga. App.* 401, 409 (91 S. E. 579).

No. 7943.   July 25, 1931.

*C. W. Foy,* for plaintiff in error.  *Homer Beeland,* contra.